**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _2/14/21_____

_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

FILED BY _YCW_ D.C.

FEB 17 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   9/14/21

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierack lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                     Date   2/14/21

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**Jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date _2/14/21_

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date  2/14/21

_Jacek Kazmierczak_ (signature)

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak_____     Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____        Date  2/14/21

_Jack Kazmierczak (signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _8/14/21_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date ___2/14/21___

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**              **Date**  2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ Date  2/14/H

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi, Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _2/14/21_ _____

_(signature)_ _____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel, Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**       **Date** _2/14/H_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   2/14/14

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierczak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____  **Date** 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      Date _2/14/11_ _____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**Jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date _2/14/41_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**                    Date   2/14/14

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _2/14/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     Date  _2/14/21_

_Jack Kazmierczak_ (signature)

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date      2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

<u>**Jacek Kazmierczak**</u>             **Date** 2/19/11

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date _2/14/14_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _2/14/H_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**                    **Date**   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

<u>**Jacek Kazmierczak**</u>                    **Date**  2/14/21

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

_____          Date   2/14/H

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _2/14/21_

_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          **Date** 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          **Date**  2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi, Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak          Date 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

_Jacek Kazmierczak_          Date  2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date  2/14/11

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

_Jacek Kazmierczak_                    Date _2/14/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

---

Jacek Kazmierczak _____    Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date ___2/14/21___

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
       protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
       laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
       not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
       County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
       inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date _2/14/21_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak_____      Date ___2/14/21___

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     Date _____ 2/14/21 ____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date _2/19/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date _2/14/21_

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    Date . 2/14/21

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**            Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierciak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____   Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date   *2/14/21*

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____      Date  2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____     Date  2/14/21_____

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridscapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date   2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date  8/14/21

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____      Date _2/14/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak_____   Date ___2/14/21___

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      Date - 2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____ Date _2/14/21_

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____  Date _2/16/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____  Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak_____    Date _2/14/21_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak                    Date   2/14/21

Jacek Kazmierczak
9680 East Maiden Ct.
Vero Beach, FL 32963

310-809-1861
772-589-6281

jack.kazmierczak@gmail.com

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date  _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date   2/17/21

_Jacek Kazmierczak_ (signature)

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _2/19/21_ _____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____ Date _2/14/21_____

_Jacek Kazmierczak (signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date _2/14/21_

Jacek Kazmierczak
**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Floridascapes Lawn & Landscape,**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ Date  2/14/21 _____

_____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Floridascapes Lawn & Landscape,**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____ Date _2/17/21_____

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      Date _2/14/21_ _____

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date  2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date _2/14/21_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      Date  _2/14/21_____

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date _2/14/21_ _____

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date _2/14/21_

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**          Date     2/14/21

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date __2/14/21__ _____

_signature_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____ Date _8/14/21_____

_[signature]_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____     Date __7/14/21___

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date  2/14/21 _____

_(signature)_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se and asking the court to file forma pauperis.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttrich, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg,**
**Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   Date  2/14/21 _____

_signature_

**Jacek Kazmierczak**
**9680 East Maiden Ct.**
**Vero Beach, FL 32963**

**310-809-1861**
**772-589-6281**

**jack.kazmierczak@gmail.com**