**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _____

_(signature)_                                          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____          Date _____

_Jack [signature]_                                2/15/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I. This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II. This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III. This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_(signature)_   2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _____

_(signature)_     2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

_(signature)_   2/14/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____          **Date** _____

_(signature)_          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

| Jacek Kazmierczak | Date |
|---|---|

_Jacek Kazmierczak_   7/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**　　　　　　**Date**

**Jacek Kazmierczak.**
**Vero Beach, FL**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____        Date _____**

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

_[signature]_          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-
berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_(signature)_  1/28/01

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
       protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
       laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierczak lives in Indian River County where most but
       not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
       County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
       inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_[signature]_     2/28/01

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

*[signature]*  2/88/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____      Date _____

_Jacek Kazmierczak_      2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____  **Date** _____

_Jnk Plgajal_   2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_Jacek Kazmierczak_                        2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_(signature)_                  2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazrniercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____     Date_____**

*[signature]*                    2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

*[signature]*

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak_____    Date_____

_Jack signd_ _____    2/15/41_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____        **Date**_____

_Jack Kazmierczak_        2/25/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____       Date _____**

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____      Date _____

_(signature)_      2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel, Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi, Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____      Date_____**

_Jacek Pegajged_                7/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak iives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

_[signature]_          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmierczak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_(signature)_    2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierczak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____      **Date** _____

_Jack Kazmierczak_                           2/28/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      **Date** _____

_(signature)_     2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.       This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Floridascapes Lawn & Landscape,**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

| Jacek Kazmierczak | Date |
| --- | --- |

*Jacek Kazmierczak*   2/18/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.       This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
         protection, copyrights, mask works, designs. trademarks, and unfair competition.

II.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
         laws of the United States or Acts of Congress.

IV.      This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
         not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
         County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
         inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____     **Date**_____

_signature_          7/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     **Date** _____

_Jank 9Gazyer_        _2/25/21_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____          **Date** _____ _ _ _ _ _ _ _

*[signature]*  7/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

_[signature]_        2/25/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

_(signature)_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.       This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____**Date**_____

_(signature)_          2/48/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     **Date** _____

_(signature)_     2/08/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____        Date_____**

_(signature)_   2/18/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
       protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
       laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
       not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
       County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
       inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____         Date _____

_____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**        **Date**

*Jack Kazmierczak*      2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**         **Date**

*[signature]*       2/48/11

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

| | |
|---|---|
| **Jacek Kazmierczak** | **Date** |

_Jack [signature]_                          4/25/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____      **Date** _____

_Jack Kazmierczak_          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____   Date _____

_[signature]_   2/88/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____        Date _____**

*[signature]* 2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.   This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_Jacek Kazmierczak_                              2/28/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Sentinel, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____          Date _____

_Jack Kazmzjak_                          2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____        **Date** _____

*[signature: Jacek]*          2/+8/+1

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _____

_Jack Nyyyjd_       2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____       Date _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_Jacek Kazmierczak signature_    2/15/11

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code. Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____        Date _____

_[signature]_          2/28/21

Jacek Kazmierczak.
Vero Beach, FL

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____        Date _____

_(signature)_  2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi, Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_(signature)_    2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____      **Date** _____

_Jack Nigzial_        7/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____          **Date** _____

_Jack Kazmierczak_                    2/25/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**


**Jacek Kazmierczak_____       Date_____**


**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____        Date _____

_(signature)_   2/08/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

_Jack Kazmierczak_                3/25/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_[signature]_    2/18/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____   **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.     This court has jurisdiction over this case via  U.S. Code. Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     **Date** _____

_2/18/41_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____        **Date** _____

_(signature)_                    2/08/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____     Date _____

_(signature)_   2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____      Date_____**

_(signature)_  2/28/14

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____     Date_____**

**Jacek Kazmierczak.**
**Vero Beach, FL**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____          Date _____**

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      **Date** _____     _____

*[signature]*      2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_(signature)_ 7/28/41

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____        Date _____**

_Jack Dziegiel_        2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Floridascapes Lawn & Landscape,**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____          Date**

_Jack Kazmierczak_                   2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi, Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_Jacek Kazmierczak_          2/28/H

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

Jacek Kazmierczak _____      Date _____

_(signature)_   1/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_(signature)_      2/28/H

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak                        Date**

_Jack Kazmierczak        2/28/H_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.  This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.  This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.  This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____  **Date** _____

_(signature)_   2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____    **Date**_____

_Jabr Wyzyd_ ___ 2/25/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.     This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
       protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.    This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.   This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
       laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but
       not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
       County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
       inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____     **Date** _____

_Jacek Kazmierczak_                          _2/18/21_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____      **Date** _____

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____     **Date** _____

_[signature]_  2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.    This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____    **Date** _____

2/28/21

**Jacek Kazmierczak.**
**Vero Beach, FL**

### United States Federal Court
### 101 South U.S. Highway 1, Room #1016
### Ft. Pierce, FL 34950

I.      This court has jurisdiction over this case via  U.S. Code. Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak**_____    **Date** _____

2/28/01

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____        Date _____**

*[signature]*   x/ss/ac

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety
        protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of
        laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmierciak lives in Indian River County where most but
        not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk
        County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all
        inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago**
**Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripen-**
**berg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak** _____ **Date** _____

_Jack Kazimiercak_                    _2/28/21_

**Jacek Kazmierczak.**
**Vero Beach, FL**

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

I.      This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II.     This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III.    This court has jurisdiction over this case via  U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV.     This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**
**State of Florida and Governor Rick Scott and Pam Bondi,**
**State of Florida,**
**President Donald J. Trump,**
**U.S. Department of Justice and William Barr,**
**Congressman Bill Posey,**
**Governor Ron Desantis,**
**Indian River County, Indian River County Mosquito Control,**
**32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times,**
**Atlanta Journal Constitution, Minnesota Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, Globe,**
**Indian River County Sheriff's Department,**
**Mckinnon & Hamilton PLLC,**
**Federal Communications Commission, Ajit Pai, Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel,**
**Environmental Protection Agency and Andrew Wheeler,**
**Health and Human Services and Timothy Noonan,**
**Mayo Clinic and Dr. Dimberg,**
**Federal Department of Health and Alec Blakely,**
**Floridascapes Lawn & Landscape,**
**Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi,  Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery**
**Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel**
**TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers,**
**Church of Scientology,**
**Goldman Sachs,**
**Margaret Libbey, Kim Jones and VanDeVoorde Hall Law,**
**1st Fire and Security,**
**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Hussainy,**
**Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Arlene Smilov, Rachael Beam**
**Dr. Potts at Quality Health Care**
**Verizon, Boost Mobile, Metro PCS Metro, Comcast, Time Warner Cable, Charter Communications, J&L Consulting**
**Google, Youtube**
**Microsoft**
**Mcafee**
**Bank of America, Home Depot, Norton Antivirus,**
**Apple,**
**CVS Pharmacy, Walgreens Pharmacy,**
**Glaxo-Smith-Kline.**

**Jacek Kazmierczak_____          Date _____  _____**

**Jacek Kazmierczak.**
**Vero Beach, FL**