21 CV 14092

**United States Federal Court**
**101 South U.S. Highway 1, Room #1016**
**Ft. Pierce, FL 34950**

FILED BY _JCW_ D.C.
MAR 08 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

I. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

II. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

III. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

IV. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**
**Jacek Kazmierczak (Plaintiff) filing Pro se**

**Versus**

**Federal Bureau of Investigations Agent Donoho and Christopher Wray,**

I. Director Christopher Wray was sent a certified letter from UPS by me in June 2019 with evidence of theft of funds from my father and 1.5 years of netstat log files showing theft of my intellectual property via the internet. The F.B.I. was also notified by me that the USB drive with evidence that was enclosed by me might be compromised with a virus via the F.B.I. U.S.D.O.J. website in advance since our (my father and I) computers were hacked and compromised.

II. The certified UPS letter was returned date stamped 6/19/2019 at the U.S. D.O.J. mail room marked RTS.

III. F.B.I. Agent Donoho who told me in 2015 "this is what doctors in Vero Beach do for me" (poison people) and they will never investigate my case then kicked me out of his office while people outside in the parking lot were laughing that I made them look like idiots on 9/11/2001.

IV. The Lawsuit against the F.B.I. for refusing to investigate theft of my IP via hacking and theft of funds from my father via the WWE Wrestling website. Bank of America is required by law to cover his loses they refused. McAfee is required to cover his losses via the antivirus software $100,000 insurance coverage. They also refused. According to my father he was in a Home Depot chat room when his new computer was hacked.
June 4, 2019. United States: 1-866-622-3911 Mcafee Case # 247 674 1448

**Relief sought from the Court**

V. Jacek Kazmierczak is asking for the prosecution of Christopher Wray and the F.B.I. for obstruction of justice.

VI. Jacek Kazmierczak is asking for $911 million dollars in damages.

**State of Florida and Governor Rick Scott and Pam Bondi.**

I. Pam Bondi's office refused to investigate my case when I called in 2015 after filing a complaint with Rachael Beam at the Florida Department of Health involving my medical poisoning via dangerous contraindication.

II. Jacek Kazmierczak did not know Pam Bondi was responsible for fixing the election that had President Bush elected at the time he called the Florida State Attorney's Office.
I was followed by Governor Scott's men and a woman for 2+ months and threatened to drop my case in Sarasota in 2016 by one of them.

**Relief sought from the Court**

III. Jacek Kazmierczak is asking for the prosecution of Senator Scott for sedition against the United States of America.

IV. Jacek Kazmierczak is asking for the prosecution of Senator Scott for having me followed and threatened.

V. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for sedition against the United States of America.

VI. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for dangerous harassment along with The Church of Scientology that includes attempted murder.

VII.  Jacek Kazmierczak is asking for the prosecution of Pam Bondi for obstruction of justice.

### State of Florida.

I.  The State of Florida doctors for using dangerous drug contraindication to permanently damage patients and then bill the damages to Medicare in the form of wheelchairs, walkers and beds. This qualifies the State of Florida as an organized criminal syndicate in violation of Federal RICO Laws by billing the U.S.A. taxpayers for their intentional malpractice.

II.  The State of Florida is in violation of the ROME Statute and the Geneva Convention Articles I-IV.

III.  The United States of America, Great Britain and Saudi Arabia have technically been at war since 9/11/2001 and all parties are involved in disinformation about the 9/11/2001 attacks.
Saudi Arabia has been at war since 9/11/2001 using Saudi hijackers to attack the United States. Technically the United States of America, Great Britain and Saudi Arabia are in violation of the Geneva Convention Articles I-IV and the ROME Statute.

IV.  Article 7 (1) (e)
Crime against humanity of imprisonment or other severe deprivation of physical liberty
Article 7 (1) (f)
Crime against humanity of torture 14
Article 8 (2) (a) (ii)-1
War crime of torture
Article 8 (2) (e) (xi)-2
War crime of medical or scientific experiments
Article 8 (2) (b) (xxi)
War crime of outrages upon personal dignity
Article 8 (2) (a) (vii)-2
War crime of unlawful confinement
Article 8 (2) (a) (vi)War crime of denying a fair trial

### Relief sought from the Court

V.  Jacek Kazmierczak is asking for the prosecution of The State of Florida Officials for sedition against the United States of America.
VI.  Jacek Kazmierczak is asking for the prosecution of The State of Florida Officials for violations of The Rome Statute and Articles I-IV of the Geneva Convention.
VII.  Jacek Kazmierczak is asking for the prosecution of The State of Florida Officials for working with a known terrorist organization Al Qaeda.
VIII.  Jacek Kazmierczak is asking for the prosecution of The State of Florida Officials for running an organized criminal syndicate in violation of Federal RICO Laws.

### President Donald J. Trump.

I.  Jacek Kazmierczak asked President Trump's White House for help on 4 separate occasions in 2017-2018 only to be ignored and my father ended up with a traumatic brain injury from the same group of doctors that poisoned me and lied to me. President Trump also hacked my iPhone in December 2020.

II.  Jacek Kazmierczak made multiple posts to the White House youtube videos asking Trump to prosecute N.I.S.T. The resulting attack on Congress lead by Trump shows the same type of co-ordination and disinformation that lead up to 9/11/2001 when America almost lost Congress if not for the plane brought down in Pennsylvania.

III.  Jacek Kazmierczak called the White House and they hung up over 15 times refusing to talk to me.

IV.  Jacek Kazmierczak has been stalked by Trump persons in Sarasota in 2016 until present.

### Relief sought from the Court

V.  Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America.

VI.  Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with his friend Larry Silverstein in the destruction of the W.T.C. by Thermite on 9/11/2001.

VI.     Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with The Carlyle Group in the destruction of the W.T.C. by Thermite on 9/11/2001.

VII.     Jacek Kazmierczak is asking for $1.5 Billion dollars in damages for hacking of his physical property (iPhone) and organized harassment, threats and intimidation.

### U.S. Department of Justice and William Barr.

I.     Jacek Kazmierczak is filing a criminal complaint against the person who signed for my letter to the Attorney General William Barr at the D.O.J. with a date stamp of 3/18/2019 when I mailed the letter from UPS via certified return receipt on 4/13/2019. 3/18/2000 is the traumatic anniversary of my suicide attempt after taking Paxil and trying to stop the 9/11/2001 attacks.

### Relief sought from the Court

II.     Jacek Kazmierczak is asking for the prosecution of William Barr for obstruction of justice.
III.     Jacek Kazmierczak is asking for $50 million dollars in damages for causing intentional psychological trauma and harm via their response.

### Congressman Bill Posey.

I.     Jacek Kazmierczak and AE 9/11 Truth have been waiting since 5/8/2020 to speak with Grace Reid and Congressman Posey about the AE 9/11 Truth Thermite Report (Thermite being used to destroy the W.T.C. on 9/11/2001). Jacek Kazmierczak has called Congressman Posey's office repeatedly and filled out multiple requests for an appointment via the website without a reply. Congressman Posey is involved in sedition against the United States of America as shown during the attack on January 6th on Congress where 147 Sedition Republicans including Congressman Posey entered the House Chamber after the attack and voted not to certify the election results for President Biden and Vice President Harris.
II.     Jacek Kazmierczak called Congressman Posey's office in 2015 for help and Mitchel answered and said "The congressman does not help people like you."

### Relief sought from the Court

III.     Jacek Kazmierczak is asking for the prosecution of Congressman Posey for sedition against the United States of America.
IV.     Jacek Kazmierczak is asking for the prosecution of Congressman Posey for obstruction of justice.

### Governor Ron Desantis.

I.     Jacek Kazmierczak has notified Governor Ron Desantis repeatedly that The State of Florida doctors were using dangerous drug contraindication to permanently damage and injure patients under their care.
II     Jacek Kazmierczak has notified Governor Ron Desantis of the persons informed prior to my father's TBI. Then bill the damages to Medicare in the form of wheelchairs, walkers and beds. This qualifies the State of Florida as an organized criminal syndicate in violation of Federal RICO Laws by billing the U.S.A. taxpayers for their intentional malpractice.

### Relief sought from the Court

III.     Jacek Kazmierczak is asking for the prosecution of Governor Ron Desantis for sedition against the United States of America due to negligence in office.
IV.     Jacek Kazmierczak is asking for the prosecution of Governor Desantis for obstruction of justice.

### Federal Communications Commission:
### Ajit Pai. Mignon Clyburn, Mike O'rielly, Brendan Carr, Jessica Rosenworcel.

I.     All of the commissioners at the F.C.C. were notified repeatedly by 2/2/2018 and 7/2/2018 about the TV portion of the attack on me and the phone call harassment prior to my fathers TBI on 12/5/2018.
II.     The F.C.C. was also notified on 4/4/2020 of ongoing harassment at consumercomplaints@fcc.gov.

### Relief sought from the Court

III.     Jacek Kazmierczak is asking for the prosecution of Ajit Pai and the F.C.C. for obstruction of justice.
IV.     Jacek Kazmierczak is asking for $300 million dollars in damages.

V.      Jacek Kazmierczak is asking for the prosecution of the F.C.C. for not reporting that the National Institute of Standards and Technology is working with a known foreign terrorist organization Al Qaeda.

### Environmental Protection Agency and Andrew Wheeler.

I.      Notification of illegal spraying by Indian River County Mosquito Control in the Federal National Wildlife Refuge with video evidence was ignored. Notification to Senator Rubio of illegal spraying in Archie Carr National Park was also ignored.

### Relief sought from the Court

II.      Jacek Kazmierczak is asking for the prosecution of Andrew Wheeler and the E.P.A. for violations of Federal Law and endangering public health and civil rights violations.

III.      Jacek Kazmierczak is asking for $300 Billion dollars in damages.

### Health and Human Services and Timothy Noonan.

I.      Timothy Noonan was notified repeatedly that The State of Florida doctors were using dangerous drug contraindication to permanently damage and injure patients under their care prior to my father's TBI on 12/5/2018.

### Relief sought from the Court

II.      Jacek Kazmierczak is asking for the prosecution of Timothy Noonan for participating in an organized criminal syndicate.

III.      Jacek Kazmierczak is asking for $100 million dollars in damages.

### Mayo Clinic and Dr. Dimberg.

I.      Dr. Dimberg at the Mayo Clinic who refused to issue a medical report on the cause of my nerve damage 3 times (VX Nerve Gas). The chemical formula for Lamictal, Invega and Keflex is the equivalent of VX Nerve Gas. Exactly equivalent.

### Relief sought from the Court

II.      Jacek Kazmierczak is asking for the prosecution of Dr. Dimberg for participating in an organized criminal syndicate.

III.      Jacek Kazmierczak is asking for the prosecution of Dr. Dimberg for obstruction of justice.

IV.      Jacek Kazmierczak is asking for $100 million dollars in damages

### Federal Department of Health and Alec Blakely.

I.      Alec Blakely was notified that The State of Florida doctors were using dangerous drug contraindication to permanently damage and injure patients under their care prior to my father's TBI.

II.      Alec Blakely was notified of Civil Rights Violations in my case. His reply was "there is no probable basis for my complaint against the State of Florida."
Jacek Kazmierczak vs. State of Florida CU-18-301288 filed May 24 2018
Jacek Kazmierczak vs. Mayo Clinic CU-18-307686-CP-HIP filed June 15 2018
A Civil Rights Violation against one American is a Civil Rights Violation against
all Americans.

### Relief sought from the Court

III.      Jacek Kazmierczak is asking for the prosecution of Alec Blakely for participating in an organized criminal syndicate.

IV.      Jacek Kazmierczak is asking for the prosecution of Alec Blakely for obstruction of justice,

V.      Jacek Kazmierczak is asking for $100 million dollars in damages.

### Florida Bar and William Wilhelm and Annemarie Craft, Bar Counsel.

I.      Lawsuit against the Florida Bar for withholding access to attorneys, refusing to prosecute and sue doctors involved in hurting patients, appointing persons like Pam Bondi who cover up medical terrorism.
Annemarie Craft, Bar Counsel
651 East Jefferson Street
Tallahassee, FL 32399-2300
Re: Pamela Jo Bondi; RFA No. 21-5153

Mr. William Wilhelm
651 East Jefferson Street
Tallahassee, FL 32399-2300
Re: Andrew Buren Metcalfe; RFA No. 21-5152

### Relief sought from the Court

II. Jacek Kazmierczak is asking for the prosecution of The Florida Bar for obstruction of justice and failure to prosecute while civilians are intentionally being injured by medical personnel.
III. Jacek Kazmierczak is asking for the prosecution of William Wilhelm for obstruction of justice.
IV. Jacek Kazmierczak is asking for the prosecution of Annemarie Craft for obstruction of justice.
V. Jacek Kazmierczak is asking for $1 Billion Dollars in damages.

### Indian River County, Indian River County Mosquito Control.

I. These people have been involved in collectively stalking and spraying me as documented with videos along with Floridascapes and Stark and other pesticide companies.

### Relief sought from the Court

II. Jacek Kazmierczak is asking for the prosecution of Indian River County and Indian River County Mosquito Control for violations of Federal Law and endangering public health and civil rights violations.
III. Jacek Kazmierczak is asking for the prosecution of Indian River County and Indian River County Mosquito Control for illegally spraying in National parks and Federal National Wildlife Refuge locations.
IV. Jacek Kazmierczak is asking for the prosecution of Indian River County for attempted murder and participating in an organized criminal syndicate.
V. Jacek Kazmierczak is asking for $50 million in damages.

### 32963 Newspaper, The Indian River Press Journal, New York Times, Washington Times, Atlanta Journal Constitution, Minnesota Star Tribune, Seattle Times, Buffalo News, LA Times, USA Today, Chicago Suntimes, Chicago Tribune, Orlando Sentinel, Boston Herald, The Boston Globe.

I. All of these news media outlets were notified of the the danger to public health via dangerous drug contraindication and are involved in censorship and failing to protect public health.
All of these news media outlets were notified of the TV portion of the attack in my attempted murder.
II. On Apr 8, 2020 the Washington Post put a video on youtube claiming to be an interview with Queen Elizabeth about Coronavirus. It was actually a video of the bridge in London with persons laughing.
Probably a reference from British Intel involved in the 9/11/2001 attacks with disinformation from the BBC about W.T.C. Building 7 collapsing 20 minutes before it's demolition and how funny they think my suicide attempt in March 2000 was when I almost jumped off a bridge in Hampton Bays, New York. After figuring out the date, location and method of the 9/11 attack and emailing it to Governor Jesse Ventura in Minnesota. In hindsight next time I will email the Governors in all 50 states so denial will not be an option.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of the 32963 newspaper for censorship.
IV. Jacek Kazmierczak is asking for the prosecution of The Indian River Press Journal newspaper for censorship.
V. Jacek Kazmierczak is asking for the prosecution of the New York Times newspaper for censorship.
VI. Jacek Kazmierczak is asking for the prosecution of the Washington Times newspaper for censorship and harassment causing emotional harm.
VII. Jacek Kazmierczak is asking for the prosecution of the Atlanta Press Constitution newspaper for censorship.
VIII. Jacek Kazmierczak is asking for the prosecution of the Minnesota Tribune newspaper for censorship.
IX. Jacek Kazmierczak is asking for the prosecution of the Seattle Times newspaper for censorship.
X. Jacek Kazmierczak is asking for the prosecution of the Buffalo News newspaper for censorship.
XI. Jacek Kazmierczak is asking for the prosecution of the LA Times newspaper for censorship.
XII. Jacek Kazmierczak is asking for the prosecution of the USA Today newspaper for censorship.
XIII. Jacek Kazmierczak is asking for the prosecution of the Suntimes newspaper for censorship.
XIV. Jacek Kazmierczak is asking for the prosecution of the Chicago Tribune newspaper for censorship.
XV. Jacek Kazmierczak is asking for the prosecution of the Orlando Sentinel newspaper for censorship.
XVI. Jacek Kazmierczak is asking for the prosecution of the Boston Herald newspaper for censorship.

XVII.   Jacek Kazmierczak is asking for the prosecution of the Globe newspaper for censorship.
XVIII.  Jacek Kazmierczak is asking for the prosecution of theses newspapers for failing to inform the public of imminent dangers to public health via dangerous drug contraindication.
XIX.    Jacek Kazmierczak is asking for the prosecution of theses newspapers for not reporting that the National Institute of Standards and Technology is working with a known foreign terrorist organization Al Qaeda.

### Indian River County Sheriff's Department, Deputy Richard Atkinson, Deputy Albandian

I.     Failure or refusal to investigate attempted murder, torture, criminal medical malpractice.
II.    Failure or refusal to investigate stolen or lost property.
III.   Obstruction of justice.
IV.    Police brutality where my hands were cuffed in the back of a IRC Sheriff's car and rope was tied around my ankles and pulled out the car window as they threatened to tie the rope around the car tire and rip my legs off as they drove away.
V.     Filed a detailed report with Deputy Albandian 2 months ago only to get an insulting voice mail from an unknown detective and a Sheriff showing up to bully me at my house telling me they are not going to investigate this.
VI.    Filed a report with Deputy Richard Atkinson at the Sheriff's Department. Report #2017-105106 When I told him about my poisoning by doctors in Vero Beach and asked him why no one in Vero Beach was arrested he said: 'Now you have your answer." "You are one of those crazy conspiracy guys who thinks people are after you"

### Relief sought from the Court

VII.   Jacek Kazmierczak is asking for the prosecution of the IRC Sheriff's Department for obstruction of justice and participating in an organized criminal syndicate.
VIII.  Jacek Kazmierczak is asking for the prosecution of the IRC Sheriff's Department for police brutality.
IX.    Jacek Kazmierczak is asking for $100 million dollars in damages.

### Mckinnon & Hamilton PLLC. Charles W. Mckinnon

I.     Participating in my attempted murder and poisoning by Charles W. Mckinnon.
       Sending a threat letter on 11/4/2020 after I informed the owner of Floridascapes that they were illegally spraying me daily during COVID19 lock down with dangerous Roundup. The owner called the Sheriff on me and tried to have me arrested.
II.    Walter at the Pennwood Motel used the same scenario when they kept spraying my hotel door and looking into my hotel window. When I asked them to stop spraying they called the Sheriff and they arrested me.
III.   Participating in my attempted murder and poisoning of my father by copper sulfate by Charles W. Mckinnon.
IV.    Sending threat letter on 05/20/2019 after I called the Sheriff's department on Aquatic Systems and tried to perform a citizens arrest explaining to the deputy that the copper sulfate they were using was poisoning my family. The Sheriff told me if I touch him he will arrest me and to file a lawsuit against the H.O.A. I told the Sheriff he needs to stop being brainwashed by inaccurate information.

### Relief sought from the Court

V.     Jacek Kazmierczak is asking for the prosecution of Charles W. Mckinnon for participation in an organized criminal syndicate.
VI.    Jacek Kazmierczak is asking for the prosecution of Charles W. Mckinnon for legal misrepresentation and perversion of the law.
VII.   Jacek Kazmierczak is asking for the prosecution of Charles W. Mckinnon for harassment.
VIII.  Jacek Kazmierczak is asking for the prosecution of Charles W. Mckinnon for perjury.
IX.    Jacek Kazmierczak is asking for $50 million in damages.

### Floridascapes Lawn & Landscape, Old Orchid HOA, Old Orchid Residents, Tom Maher and Ed Uttridge, Michael Paschetti, Albert Zolezzi, Richard Gripenberg, Evelyn Kopke-Gripenberg, Jim and Jill from Rochester NY (last names unknown) who rented here, Chris Avery

I.     Notified Tom Maher (9550 West Maiden Ct. U.S. NAVY Retired) 4/5/2019 by email and in conversation about the dangers of using Copper Sulfate in our lake as documented by the USGS Copper Sulfate Report form 1999 only to receive a threat letter from their law firm. Dangers include Wilson's Disease in children (mentioned in my Mayo Clinic Medical Affidavit) and damage to human skin, lungs, liver, cornea and CNS. My father's leg infections were caused by exposure to the Copper Sulfate from the Old Orchid sprinkler system.

II. Chris Avery 9715 West Maiden Ct from the Air Force who was outside our house on 3/6/2014 when I was almost killed. They were celebrating and cheering the day I lost the ability to walk yelling "Oh my God it worked!!!! It worked!!!"

III. Michael Paschette 9675 West Maiden Ct for illegally spying on me. Albert Zolezzi at 9655 West Maiden Ct from N.Y.F.D might also be involved.

IV. Richard Gripenberg and Evelyn Kopke-Gripenberg at 9645 East Maiden Court. She does research for the pharmaceutical industry and spent months harassing us in 2014.
Jim and Jill from Rochester NY (last names unknown) who rented here. Jim tampered with Cynthia Griffin's car and assaulted her in our home at 9655 East Maiden Ct. in 2011.

V. Floridascapes has been illegally spraying in front of our home daily with Roundup (which lasts 30 days) before, during and after COVID19 lock down and smiling and laughing about doing it. Roundup causes non-hodgkins lymphoma and makes it difficult to breathe.

VI. Floridascapes has been ignoring our property in essence stealing money from my parents who pay HOA fees which include landscaping. They have also been leaving trimmings in the yard for weeks. Pointing the blower exhaust near the AC system and open windows and doors.

### Relief sought from the Court

VII. Jacek Kazmierczak is asking for the prosecution of Floridascapes for attempted murder and harassment.

VIII. Jacek Kazmierczak is asking for the prosecution of Floridascapes for being part of an organized criminal syndicate.

IX. Jacek Kazmierczak is asking for $3 million dollars in damages from Floridascapes.

X. Jacek Kazmierczak is asking for the prosecution of Old Orchid HOA for attempted murder and harassment.

XI. Jacek Kazmierczak is asking for the prosecution of Old Orchid residents for being part of an organized criminal syndicate.

XII. Jacek Kazmierczak is asking for $3 million dollars in damages from Old Orchid.

### TV Industry NBC, ABC, CBS, CNN, MSNBC, Fox, Fox News and commercial advertisers.

I. "Digital Bio Weapon being used in Florida (Crime Against Humanity). On 3/6/2014 while the NBC Today show broadcasts a woman in a wheelchair performing to music (who was paralyzed after taking an antibiotic), I was watching at my home at 9655 East Maiden Court when the TV and electrical system were hit with some kind of electrical surge and the Lamictal, Invega and Keflex mixed into VX Nerve Gas and damaged my nerves. I lost the ability to walk and my legs could not support my body weight. The TV and cable box were damaged.

II. These Rockerfeller Center TV News agencies are also responsible for censoring AE 9/11 Truth and the destruction of the World Trade Center by Thermite by the F.D.N.Y., N.Y. Port Authority, U.S. Air Force in Florida including Tampa and Melbourne, F.A.A., Larry Silverstein, President Trump, Mayor Guiliani and Vice President Cheney and President Bush Intel agencies.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for $3 billion dollars in damages.

IV. Jacek Kazmierczak is asking for the prosecution of theses TV news agencies for not reporting that the National Institute of Standards and Technology is working with a known foreign terrorist organization Al Qaeda.

V. Jacek Kazmierczak is asking for the prosecution of NBC for attempted murder and torture.

### Church of Scientology.

I. Harassment by the Church of Scientology and Ron Smith since 2018 when he called me and left a message for Blanca Ramos asking for my social security number and other personal information. I have had over 3 years of harassment texts for Blanca Ramos after calling him in 2018 and warning him to stop. Dr. Ramos was one of the doctors involved in my attempted murder with the VX Nerve Gas (Lamictal/Invega/Keflex).

### Relief sought from the Court

II. Jacek Kazmierczak is asking for the prosecution of The Church of Scientology for attempted murder, harassment and conspiracy to aid and abet a criminal syndicate.

III. Jacek Kazmierczak is asking for $214 Billion dollars in damages.

### Goldman Sachs.

I. Goldman Sachs is involved in massive financial fraud and misrepresentation.
This Marcus Fund CD offer was extended to my family during a time of high stress and duress when my father suffered his TBI from dangerous drug contraindication.

II. Here is section 5 of the Marcus Fund Agreement.
Highly suspect area is in bold italicized text:
5. Types of Accounts: We offer Online Savings Accounts and CD Accounts.
a. Online Savings Account—This Account allows you to make deposits by check, Automated Clearing House transfer ("ACH Transfer"), wire transfer, or transfer from another Account at the Bank. Limits apply to certain types of transfers from your Account. Online Savings Accounts are subject to various other provisions in this Agreement, including section "III. Online Savings Accounts; Truth In Savings Disclosure."
b. CD Account—This Account allows you to make deposits of principal by check, ACH Transfer, wire transfer, or transfer from another Account at the Bank. A CD Account may be opened for various specified time periods, or "terms," which end on a maturity date. Early withdrawals of principal prior to the maturity date are restricted, but restrictions for withdrawals differ for No-Penalty CDs. See subsection
"IV.7. Early Withdrawal Penalty" for more information. CD Accounts are subject to various other provisions in this Agreement, including section "IV. Certificates of Deposit Accounts; Truth In Savings Disclosure."
***We will not provide you with any evidence of Account ownership, such as a passbook or certificate.***

III. Goldman Sachs was the under writer for the Malaysian 1MDB Fund.
In 2012 and 2013 the Malaysian 1MDB Fund received substantial financial investment after sitting dormant for several years. Dr. Ramos arrived from N.Y. and started treating me in 2012.
Dr. Ramos who was one of the principles in my poisoning case may have been a foreign operative working at the University of Florida.

IV. The State of Florida owns the University of Florida and is directly responsible and liable for all of the persons they hire to work as employees.

### Relief sought from the Court

V. Jacek Kazmierczak is asking for the prosecution of Goldman Sachs for financial fraud.
VI. Jacek Kazmierczak is asking for $3.3 Billion dollars in damages.

### Margaret Libbey, Kim Jones and VanDeVoorde Hall Law.

I. Margaret Libbey has repeatedly obstructed justice by not responding to calls, emails or texts asking her to sue these doctors prior to my fathers TBI from the same group of doctors that lied to me.
II. Kim Jones is her legal aid counsel involved in obstruction.
III. VanDeVoorde Hall Law illegally withdrew over $2000 from my account without my permission on the anniversary of my best friend's John Okula's death on 1/24/2020.

### Relief sought from the Court

IV. Jacek Kazmierczak is asking for the prosecution of Margaret Libbey for obstruction of justice.
V. Jacek Kazmierczak is asking for the prosecution of Kim Jones for obstruction of justice.
VI. Jacek Kazmierczak is asking for the prosecution of Margaret Libbey for participating in an organized criminal syndicate.
VII. Jacek Kazmierczak is asking for the prosecution of Kim Jones for participating in an organized criminal syndicate.
VIII. Jacek Kazmierczak is asking for the prosecution of VanDeVoorde Hall Law Law for participating in an organized criminal syndicate.
IX. Jacek Kazmierczak is asking for $10 million in damages.

### 1st Fire & Security

I. In the summer of 2018 while working out in the Old Orchid gym a 1st Fire & Security technician told me "no one is going to call you and no one is coming to see you."
II. 1st Fire & Security are using illegal surveillance to have me stalked all over Indian River County and to steal my intellectual property.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of 1st Fire & Security for attempted murder and harassment, civil rights violations, privacy violations and dehumanization techniques.
IV. Jacek Kazmierczak is asking for the prosecution of 1st Fire & Security for illegal surveillance causing extreme duress.
V. Jacek Kazmierczak is asking for the prosecution of 1st Fire & Security for participating in an organized criminal syndicate.
VI. Jacek Kazmierczak is asking for the $968 million dollars in damages.

**Dr. Ramos, Dr. Benjamin, Dr. Coppola, Dr. Lindsay N. Shroyer, Dr. Kalish, Christine Ross, Dr. Moss, Dr. Taher Husainy, Dr. Yergen, Dr. Basil Keller, Dr. Huszar, Frank at UF, Dr. Creelman, Dr. Potts at Quality Health Care**

I. All of these doctors actively participated in my attempted murder and poisoning. Christine Ross prescribed clotrimazole betamethasone for penis cancer caused by excessive iron buildup in my internal organs from the Lamictal/Invega severe allergic reaction that pulled iron from my diet out of the blood stream and across the blood brain barrier and deposited the iron in the globus palladus and internal organs which put me into a state of shock and affected my motor control.
II. Dr. Ramos told me he would coordinate my care with the other doctors. I gave him the names of the other doctors I was seeing and they all said they never heard from him.
III. Dr. Creelman told my fiancee Cynthia Griffin to add iron to my diet like spinach. It is against medical ethics laws for my fiancee's doctor to give her advice on how I should be treated.
IV. Dr. Kalish prescribed the Keflex that almost killed me. When I returned to his office with nerve damage he told the nurse to leave the room and then started babbling incoherently.
V. Dr. Potts physically assaulted me in his office after I was sprayed with an aerosolized neurotoxin at Wabasso Beach on 3/1/2017 and 3/3/2017 (the anniversary of the formation of N.I.S.T.) that caused my hands to go numb and lose feeling for over 3 months. I still have permanent damage to my hands and loss of feeling on the back side of my hands.
VI. Dr. Moss kept changing drug levels when I was obviously being poisoned.
VII. Dr. Hussainy as a neurologist knows what causes nerve damage and refused to tell me.
VIII. Dr. Huszar as a neurologist knows what caused nerve damage and refused to tell me. You do not get to leave medical school as a neurologist without knowing.
IX. Dr. Shroyer prescribed opiod addictive pain drugs in an attempt to kill me by overdose. I did not take them.
X. Dr. Yergen refused to tell me what caused my nerve damage.
XI. Dr. Basil Keller refused to tell me what caused my nerve damage and is friends with Dr. Huszar.
XII. The result of the poisoning were daily shaking episodes similar to epileptic fits, severe dizziness and nausea when laying down, herniated disks and a tear in the lining of my spinal cord, inability to sit down for over 2 years, inability to walk for over 2 years, nerve damage in arms and legs, neck feeling like it was going to break when laying down, legs feeling like they were on fire from the inside for 8 + months, inability to turn my neck for over 5 years, penis cancer. Documented in my medical affidavit to the Mayo Clinic.

### Relief sought from the Court

XIII. Jacek Kazmierczak is asking for the prosecution of these doctors for attempted murder, torture, illegal medical experimentation in violation of the ROME Statute and for violation of the Geneva Convention Articles I-IV.
XIV. Jacek Kazmierczak is asking for $777 million dollars in damages.

### Rachael Beam Florida Department of Health.

I. Rachael Beam refused to investigate my attempted murder/torture case after I sent her my medical affidavit in March 2015.
II. Rachael (not sure if this is the same person) showed up in Sarasota in 2016 with Zac. Rachael said she worked for the pharmaceutical industry and made people feel better. Then they tampered with my 2008 Saturn, took off and deleted the evidence of the tampering to the car from my iPad that was sent to me by the dealer after I had the car towed to Sunset Chevy/Ford.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Rachael Beam for participating in obstruction of justice and refusing to investigate medical deception, criminal activity, torture and attempted murder.
IV. Jacek Kazmierczak is asking for the prosecution of Rachael Beam for participating in an organized criminal syndicate.
V. Jacek Kazmierczak is asking for $777 million dollars in damages.

### Arlene Smilov University of Florida Physicians.

I. Arlene Smilov and George at University of Florida Physicians denied me a non-binding arbitration meeting (2015) in violation of the University of Florida contract which states patients are entitled to a non-binding arbitration meeting if they request it. By usurping the court system and requiring patients to contact the University of Florida Physicians first before they can go to court they are in fact creating a pseudo-court system in the State of Florida.

War crime of denying a fair trial. 14th Amendment.

II.  The State of Florida is violating the 14th Amendment Section "nor shall any State deprive any person of life" via drug pushing against all known scientific facts to the contrary.

**Relief sought from the Court**

III.  Jacek Kazmierczak is asking for the prosecution of Arlene Smilov for participating in obstruction of justice and refusing to investigate medical deception, criminal activity, torture and attempted murder.
IV.  Jacek Kazmierczak is asking for the prosecution of Arlene Smilov for participating in an organized criminal syndicate.
V.  Jacek Kazmierczak is asking for $777 million dollars in damages.

**Verizon, Boost Mobile, Metro PCS Metro, Comcast Corporation, Time Warner Cable, Charter Communications, J&L Consulting**

I.  Verizon refused to issue a refund on my iPhone(2016) which was not working properly for 8+ months.
II.  Verizon refused to tell me who hacked my iPhone and told me I would need a subpoena.
III.  Samsung Cell Phone from Verizon purchased by Cynthia Griffin and given to me to use.
   Phone Number: 772-XXX-XXXX
   Prepaid for 3 months.
   1. Stopped working after 30 days. Verizon refused to turn phone back on or give any credit when I asked them in Sarasota.
   2. Box is signed by Verizon employee with receipt that the phone was prepaid for 90 days.
   Verizon Rep: milja25-EOLJW
   Date: 6/14/2016
   3. Filed a report with Deputy Richard Atkinson at the Sheriff's Department. Report #2017-105106 When I told him about my poisoning by doctors in Vero Beach and asked him why no one in Vero Beach was arrested he said: 'Now you have your answer." "You are one of those crazy conspiracy guys who thinks people are after you"
IV.  Boost Mobile Phone purchased in Bradenton, Florida
   Phone Number: 941-XXX-XXXX
   1. Hacked so severely it stopped working
   2. Phone contains video of phone number calling me at our land line at XXX XX XXXXXXXX in Vero Beach from Pennsylvania. The number was from the town where they moved the Turkish terrorist brought to the USA by the military guy spying for the Russians. No idea why I received this call other than reading an article on the internet about him when the phone rang.
   3. Phone stops working and gets zapped by some battery/antenna failure signal. I still have it as evidence.
   4. Phone has video of update software being installed from different carrier.
   Boost Mobile turned off my second Boost Mobile phone without reason resulting in me going to the Boost Mobile store in Vero Beach to find out why when I should not have been there. This resulted in an altercation with a stranger from Fort Pierce in the store that aggressively called me "a fucking prick" over and over again.
   This altercation never should have happened since I should never have been at the store in the first place since my phone was bought and fully paid for with autopay setup monthly.
V.  MetroPCS was charging me additional monthly fees to filter spam from texts and I was still receiving spam from the Church of Scientology and other unknown numbers that do not exist.
VI.  Time Warner Cable and Charter Communications owned the cable lines from the origin of the TV signal in New York that almost killed me.
VII.  J&L Consulting was the Comcast subcontractor that participated in my attempted murder by installing something between the F.P.L. power box and cable box outside 9655 East Maiden Ct. that damaged our TV and cable box on the day the VX Nerve gas (Lamictal/Invega/Keflex) was mixed in my body. 3/6/2014. The TV show with the woman paralyzed after taking an antibiotic was broadcast on 3/6/2014.
VIII.  The antibiotic Keflex was prescribed by Dr. Kalish on 3/3/2014 (March 3 being the anniversary of the formation of N.I.S.T.)
IX.  J&L Consulting installed something in front of our house a few days before 3/6/2014.

**Relief sought from the Court**

X.  Jacek Kazmierczak is asking for the prosecution of these companies for interfering with communications, aiding and abetting attempted murder, attempted murder, illegally accessing private property.
XI.  Jacek Kazmierczak is asking for $5 Billion dollars in damages.

**Google**

| | |
|---|---|
| I. | Intellectual property theft by Google youtube. |
| II. | Google removed the 1080p/720p numbers from all Youtube videos (approx. 2016) the day after my Facebook post and analysis of the possible nefarious use of these numbers against a generation of internet addicts in another 9/11 style attack. Possibly causing massive trauma to the generation born after 9/11/2001.<br>For example attacking on July 20th at 1:08PM right before kids get home from school and start watching youtube videos. |
| III. | Filtering of Google news stories that I was interested in like the arrest of Dr. Benjamin so they would not appear in my Google news feed. |
| IV. | Insulted by Google technical support when asking for help with these issues. |
| V. | Harassment by Google in my gmail account with no ability to modify signature in gmail regardless of email signature length. |
| VI. | Harassment by Google in my gmail account by sending friends emails into the trash. |
| VII. | Harassment by Google in my gmail account by sending topics of interest I sign up for into the spam folder like the new Purism Liberem phone. This phone is a competitor to Google phone devices. |

**Relief sought from the Court**

| | |
|---|---|
| VIII. | Jacek Kazmierczak is asking for $400 million dollars for intellectual property theft. |
| IX. | Jacek Kazmierczak is asking for $40 million dollars for harassment. |

**Youtube**

| | |
|---|---|
| I. | Comment on first youtube video I ever posted was "you are gay and you should kill yourself" circa 2005 when I arrived in Florida. |
| II. | Constant instant spam postings to new videos I upload. |
| III. | Harassment by Trump neo-nazis. |
| IV. | Problems uploading videos via hacking. Unsure if this is youtube or someone else. Looks like youtube. |

**Relief sought from the Court**

| | |
|---|---|
| V. | Jacek Kazmierczak is asking for $5 Million dollars in damages. |

**Microsoft**

| | |
|---|---|
| I. | Failure to provide adequate antivirus protection on brand new Windows 10 HP computer. |
| II. | Failure to provide adequate security protection on brand new Windows 10 HP computer.<br>Scam Microsoft Technical Support phone calls. |
| III. | Participating and profiteering from the illegal war in Iraq under President Bush. |

**Relief sought from the Court**

| | |
|---|---|
| IV. | Jacek Kazmierczak is asking for $5 Billion dollars in damages. |

**Mcafee, Bank of America, Home Depot, Norton Antivirus.**

| | |
|---|---|
| I. | Part of lawsuit against F.B.I. for refusing to investigate theft of my IP via hacking and theft of funds from my father via W.W.E. Wrestling website. |
| II. | Bank of America is required by law to cover his losses they refused. |
| III. | McAfee is required to cover his losses via the antivirus software $100,000 insurance coverage. They also refused<br>Spoke with Aleja on 7/12/2018 regarding this case.<br>June 4, 2019<br>United States: 1-866-622-3911<br>Mcafee Case # 247 674 1448 |
| IV. | Mcafee would not credit or cover the losses even thought they are required to via his insurance coverage. |
| V. | The Bank of America representative would not refund or credit the losses to my father's account even though they are required to. |
| VI. | The pup spyware was left on the PC after I had paid $90 to have it fixed and cleaned at the Sebastian computer store. Please add this to the list of hacks against my family. |
| VII. | 1.5 years of evidence was provided to the director of the F.B.I. Christopher Wray with evidence of my IP theft and financial theft from my father and returned marked RTS. According to my father he was in a Home Depot chat room asking questions when something happened to his computer. The hacker was telling my father he was paying for security every two weeks while Dr. Huszar was heavily drugging him. Taking criminal advantage of the elderly. The hacker turned off Mcafee and installed NortonAV on my father's HP computer. This was a new HP PC I bought for him in |

|       |                                                                                                                                                                                                                                                                                                                     |
|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | Sarasota, drove over to Vero Beach to setup and disconnected his old PC because he called me in Sarasota and I realized he had been hacked. Then I drove back the next day to Sarasota where I was volunteering at the MOTE Aquariam in 2016. |
| VIII. | McaFee fraudulently billed my mother for $99 which she reported to VISA. |

### Relief sought from the Court

| | |
|---|---|
| IX. | Jacek Kazmierczak is asking for $3 million dollars in damages. |

### Apple.

| | |
|---|---|
| I. | Original first iPhone I owned from Verizon was hacked and voice mails were deleted while I was looking for work and a place to live in 2015-2016. |
| II. | iPad from Verizon was also hacked and intellectual property stolen. I was kicked out of the Disney Vero Beach Hotel for asking the people at the bar why they were talking about my private intellectual property.<br>Landscapers run towards the fences at Disney and start spraying me when they see me. |
| III. | 2007 Macbook Pro motherboard burned out in February 2011 after I looked for Osama Bin Laden's house in Pakistan on Google Maps. I went to the world's largest cross in Jordan on Google maps and bounced off Christ to find the Anti-Christ in Pakistan. I think it worked. :-). 100+ days later NAVY SEAL Team 6 and Maya killed him. |
| IV. | On May 1, 2011 I was dreaming about Bin Laden being shot with a view in my dream through night vision lenses. I told my fiance Cynthia Griffin when I woke up. A few hours later President Obama announced they killed Bin Laden. When Cynthia Griffin told me I did the same thing Maya did at the end of Zero Dark Thirty. I put my hands over my face and started crying. |
| V. | Ads for join the C.I.A. started appearing in my Google ads online. I do not think the C.I.A. actually advertises on Google ads. |
| VI. | The same Macbook Pro had motherboards burn out 2 more times. |
| VII. | Apple Case#:<br># 100916373433 Gold iPhone caller ID changed to Monte Dunbar<br># 101243268656 Black iPhone hacked by Republican Party and Church of Scientology and President Trump |

### Relief sought from the Court

| | |
|---|---|
| VIII. | Jacek Kazmierczak is asking for $300 million dollars in damages. |

### CVS Pharmacy, Walgreens Pharmacy.

| | |
|---|---|
| I. | Responsible for filling dangerous contraindication prescriptions without warning consumers.<br>Drug pushing of highly dangerous chemicals that damage the human CNS, internal organs, liver, brain, circulatory system, nerves, damaging second microbiome affecting human microbiome and mammalian DNA. |

### Relief sought from the Court

| | |
|---|---|
| II. | Jacek Kazmierczak is asking for the court to issue warnings on all psychiatric drugs that they are not to be taken for more than 3 months due to permanent damage to the human CNS with instructions and directions to the Mayo Clinic PRC to help patients get off of drugs. |
| III. | Jacek Kazmierczak is asking for the court to issue warnings at all psychiatric offices that these drugs are not to be taken for more than 3 months due to permanent damage to the human CNS with instructions and directions to the Mayo Clinic PRC to help patients get off of drugs. |
| IV. | Jacek Kazmierczak is asking for $500 million dollars in damages. |

### Glaxo-Smith-Kline.

| | |
|---|---|
| I. | Responsible for making Paxil which resulted in me trying to stop the 9/11/2001 attacks and a lifetime of trauma. |
| II. | Responsible for making Lamictal which was used to slowly poison me for over a decade. |

### Relief sought from the Court

| | |
|---|---|
| III. | Jacek Kazmierczak is asking for $3.3 Trillion dollars in damages. |