UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14092-CIV-CANNON

**JACEK KAZMIERCZAK**,

    Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS, et al.**,

    Defendants.

_____/

<u>**ORDER OF REFERRAL TO MAGISTRATE JUDGE**</u>

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On February 17, 2021, Plaintiff, Jacek Kazmierczak, proceeding *pro se*, filed a Complaint with this Court asserting various largely indiscernible causes of action against numerous defendants. Pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is **ORDERED AND ADJUDGED** that this case is **REFERRED** to **United States Magistrate Judge Shaniek M. Maynard** for rulings on all **pre-trial non-dispositive matters and for a report and recommendation on dispositive matters**. The parties are reminded that proposed orders must be emailed to Judge Maynard's chambers in Word format pursuant to CM/ECF Administrative Procedures.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of March 2021.

                                                                **AILEEN M. CANNON**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Jacek Kazmierczak, *pro se*