UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14092-CIV-CANNON/Maynard

**JACEK KAZMIERCZAK**,

    Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATIONS, et al**.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Magistrate Judge Maynard's Report and Recommendation ("Report") [ECF No. 17], filed on April 20, 2021. In the Report, Judge Maynard recommends that this case be dismissed in its entirety because the allegations in Plaintiff's Second Amended Complaint [ECF No. 11] "lack an arguable basis in law or fact" [ECF No. 17 p. 3]. Plaintiff subsequently filed an Objection to the Report ("Objection") [ECF No. 18] on May 5, 2021.

The Court has conducted a *de novo* review of the Report, Plaintiff's Objection, the full record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review of the foregoing materials, the Court finds the Report to be well-reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Second Amended Complaint [ECF No. 11] must be **DISMISSED WITH PREJUDICE** for the reasons set forth therein.

CASE NO. 21-14092-CIV-CANNON/Maynard

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report [ECF No. 17] is **ADOPTED**;

2. The Second Amended Complaint [ECF No. 11] is **DISMISSED WITH PREJUDICE**;[1]

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida this 7th day of May 2021.

 

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: Jacek Kazmierczak, *pro se*
9680 East Maiden Court
Vero Beach, Florida 32963

---

[1] Plaintiff filed his initial complaint in February 2021 [ECF No. 1], his Amended Complaint in March 2021 [ECF N. 5], and the instant Second Amended Complaint [ECF No. 11].